CLARE E. CONNORS, SBN HI 7936
United States Attorney
District of Hawai'i
DANA A. BARBATA, SBN HI 9112
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850
Telephone: (808) 541-2850
Dana.Barbata@usdoj.gov

MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel
6401 Security Blvd.
Baltimore, Maryland 21235
Telephone: (410) 966-1551
Julie.Cummings@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| SHARON SAVEA , <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security <br><br> Defendant. | Civil No. CV 23-00137 DKW-KJM <br><br> **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) who will consider the request to reopen the prior determination, and if warranted, apply the appropriate sequential evaluation process. Additionally, the ALJ will further evaluate the medical opinions and prior administrative medical findings from Benjamin Young, M.D., Rodney Torigoe, Ph.D, Beverley Allen, M.D., and Michael Zafrani, M.D., take any further action needed to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: <u>September 19, 2023</u>       Hawaii Disability Legal Services, LLLC

BY:   <u>/s/ Diane C. Haar</u>
         DIANE C. HAAR
         Attorney for Plaintiff
         (as authorized by email)

Date: <u>September 19, 2023</u>

CLARE E. CONNORS
United States Attorney
District of Hawaiʻi

BY:  <u>/s/ Julie A.K. Cummings</u>
JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Attorneys for Defendant

APPROVED AND SO ORDERED.

DATED:    September 19, 2023 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge