# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| SHARON SAVEA | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00137 DKW-KJM |
| V. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Sep 19, 2023, 3:08 pm Lucy H. Carrillo, Clerk of Court |
| Defendant. | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of Plaintiff Sharon Savea and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, pursuant to the "Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment", ECF No. 22, filed on September 19, 2023.

| | |
|---|---|
| September 19, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |